William A. Delgado (SBN 222666)
　wdelgado@dtolaw.com
Michael W. Davis (SBN 274126)
　mdavis@dtolaw.com
Marisol Ramirez (SBN 307069)
　mramirez@dtolaw.com
DTO LAW
601 South Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone:  (213) 335-6999
Facsimile:   (213) 335-7802

Attorneys for Defendant
MORNING LAW GROUP, P.C.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>　　　　　Debtor.<br><br>ALTERYX, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MORNING LAW GROUP, P.C., a California Professional Corporation; and DOES 1-10, inclusive<br>　　　　　Defendants. | Case No.:  8:24-ap-01048-SC<br><br>**DEFENDANT MORNING LAW GROUP, P.C.'S ANSWER TO COMPLAINT** |

1
DEF. MORNING LAW GROUP, P.C.'S ANSWER TO COMPLAINT

264000

Defendant Morning Law Group, P.C. ("Defendant" or "MLG"), by and through counsel of record, hereby answers the Complaint of Alteryx, Inc. ("Plaintiff" or "Alteryx) as follows:

## JURISDICTION AND VENUE

1. MLG admits that it is located in, resides in, and conducts business in Orange County, California. The remainder of this paragraph contains conclusions of law to which no response is required.

2. MLG admits that it conducts business in Orange County, California. The remainder of this paragraph contains conclusions of law to which no response is required.

## PARTIES

3. MLG lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 and therefore denies them.

4. MLG admits that it is a professional corporation incorporated in California, with its principal place of business in Irvine, Orange County, California. MLG denies the remaining allegations in paragraph 4.

5. The allegations in paragraph 5 are legal conclusions to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

## GENERAL ALLEGATIONS

6. No responsive pleading is required for the allegations in paragraph 6. MLG hereby incorporates by reference its responses to the preceding paragraphs.

7. MLG admits that Plaintiff seeks to recover damages from MLG though this action. The remaining allegations are conclusions of law to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

8. This paragraph contains conclusions of law to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

9. Denied.

10. This paragraph contains conclusions of law to which no response is required.  By way of further response, MLG admits that it has not made any payment to Alteryx but denies that Alteryx is legally entitled to payment from MLG and further denies that MLG engaged in any wrongdoing subjecting it to liability. To the extent that the remaining allegations are factual in nature and require a response, MLG denies them.

11. MLG admits that Plaintiff has filed this lawsuit. MLG denies that it engaged in any wrongdoing subjecting it to liability and further denies the remaining allegations of this paragraph.

## FIRST CAUSE OF ACTION

(Breach of Contract Against MLG and DOES 1-10)

12. No responsive pleading is required for the allegations in paragraph 12. MLG hereby incorporates by reference its responses to the preceding paragraphs.

13. This paragraph contains conclusions of law to which no response is required.  To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

14. This paragraph contains conclusions of law to which no response is required.  To the extent there are any factual allegations in this paragraph requiring a response, MLG lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and therefore denies them.

15. This paragraph contains conclusions of law to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

3
DEF. MORNING LAW GROUP, P.C.'S ANSWER TO COMPLAINT

264000

16. MLG denies that it engaged in any wrongdoing subjecting it to liability. By way of further response, this paragraph contains conclusions of law to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

17. This paragraph contains conclusions of law to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG lacks knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies them.

18. This paragraph contains conclusions of law to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG lacks knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies them.

## SECOND CAUSE OF ACTION

(Breach of the Implied Covenant of Good Faith and Fair Dealing Against MLG and DOES 1-10)

19. No responsive pleading is required for the allegations in paragraph 19. MLG hereby incorporates by reference its responses to the preceding paragraphs.

20. To the extent the allegations in paragraph 20 purport to summarize the law regarding the implied covenant of good faith and fair dealing, the law speaks for itself.

21. This paragraph contains conclusions of law to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

22. This paragraph contains conclusions of law to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

23. The allegations of paragraph 23 are legal conclusions to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

24. MLG denies that it engaged in any wrongdoing subjecting it to liability. By way of further response, the allegations of paragraph 24 are legal conclusions to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

25. MLG denies that it engaged in any wrongdoing subjecting it to liability. By way of further response, the allegations of paragraph 25 are legal conclusions to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG denies them.

26. The allegations of paragraph 26 are legal conclusions to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

27. The allegations of paragraph 27 are legal conclusions to which no response is required. To the extent there are any factual allegations in this paragraph requiring a response, MLG lacks knowledge or information sufficient to form a belief about the truth of these allegations and therefore denies them.

### THIRD CAUSE OF ACTION

(Promissory Estoppel Against MLG and DOES 1-10)

28. No responsive pleading is required for the allegations in paragraph 28. MLG hereby incorporates by reference its responses to the preceding paragraphs.

29. This paragraph contains conclusions of law to which no response is required. To the extent this paragraph contains any factual allegations which require a response, MLG denies them.

30. This paragraph contains legal conclusions to which no response is required. To the extent this paragraph contains any factual allegations which

require a response, MLG lacks knowledge or information to form a belief about the truth of the allegations and denies them.

31. This paragraph contains conclusions of law to which no response is required. To the extent this paragraph contains any factual allegations which require a response, MLG denies them.

32. This paragraph contains conclusions of law to which no response is required. To the extent this paragraph contains any factual allegations requiring a response, MLG denies them.

33. MLG denies that it engaged in any wrongdoing subjecting it to liability and further denies the remaining allegations in this paragraph.

34. The allegations in paragraph 34 are legal conclusions of law and/or vague and conclusory opinions to which no response is required. To the extent a response is required, MLG denies the allegations in paragraph 34.

## FOURTH CAUSE OF ACTION

(Fraudulent Inducement Against MLG and DOES 1-10)

35. No responsive pleading is required for the allegations in paragraph 35. MLG hereby incorporates by reference its responses to the preceding paragraphs.

36. MLG denies the allegations in paragraph 36.

37. MLG denies the allegations in paragraph 37.

38. MLG denies the allegations in paragraph 38.

39. MLG denies the allegations in paragraph 39.

40. MLG denies the allegations in paragraph 40.

41. MLG denies the allegations in paragraph 41.

## FIFTH CAUSE OF ACTION

(Common Count – Goods and Services Rendered – Against MLG and Does 1-10)

42. No responsive pleading is required for the allegations in paragraph 42. MLG hereby incorporates by reference its responses to the preceding paragraphs.

43. This paragraph contains conclusions of law to which no response is required. To the extent the paragraph contains any factual allegations requiring a response, MLG denies them.

44. MLG admits that Alteryx has demanded payment from MLG and that MLG has not made any payment to Alteryx but denies that Alteryx is legally entitled to such payment and further denies that MLG has engaged in any wrongdoing subjecting it to liability to Alteryx and further denies the remainder of this paragraph.

## PRAYER FOR RELIEF

MLG responds to the Prayer for Relief as follows: MLG denies Plaintiff's Prayer for Relief in its entirety and denies all allegations in the Complaint not expressly admitted herein.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial on each and every cause of action set forth herein.

## AFFIRMATIVE DEFENSES

MLG has not completed its full investigation into the facts of this case, has not completed discovery in this matter, and has not completed its preparation for trial. The defenses asserted herein are based on MLG's knowledge, information, and belief at this time. By asserting the defenses herein, MLG has not knowingly or intentionally waived any applicable defenses and hereby expressly reserves the right to assert any additional defenses, cross-claims, and/or third-party claims as may be appropriate at a later time. Without assuming any burden of proof, persuasion, or production not otherwise legally assigned to it as any element of MLG's claims, MLG asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE
### (Equitable Defenses)

Plaintiff's claims are barred in whole or in part, by the doctrines of laches, waiver, estoppel, unclean hands, ratification, or by other equitable defenses.

### SECOND AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

Because Plaintiff failed to take reasonable steps to mitigate their alleged damages, if any, Plaintiff's recovery must be barred or diminished accordingly.

### THIRD AFFIRMATIVE DEFENSE
### (Intervening and Superseding Cause)

The Complaint is barred, in whole or in part, because the alleged damages were caused by intervening and superseding acts, omissions, conduct, negligence, or breach of parties other than MLG.

### FOURTH AFFIRMATIVE DEFENSE
### (Unconstitutionality of Prayer for Punitive Damages)

An award of punitive damages or penalties in this case would violate the due process provisions of the Fourteenth Amendment to the United States Constitution, as well as Article I, Section 10, Article IV, Section 2, and the First, Fifth, Sixth, and Eighth Amendments to the Constitution of the United States, as well as various provisions in state constitutions.

### ADDITIONAL AFFIRMATIVE DEFENSES

MLG reserves the right to state additional defenses or claims as investigation and discovery continues.

### RELIEF REQUESTED

WHEREFORE, MLG prays for judgment as follows:

1. Dismissal of the Complaint with prejudice;

2. That Plaintiff takes nothing by the Complaint, and judgment be entered in MLG's favor and against Plaintiff on its own Complaint, together with costs of suit;

3. Denial of any and all relief requested;

4. Statutory costs incurred in defending this action;

5. All further relief to which MLG may be entitled at law or in equity;

6. Leave to amend its Answer to the Complaint to conform to proof later discovered, pled, or offered; and

7. Such other relief as this Court deems just and proper.

Respectfully submitted,

Dated: May 17, 2024                    DTO LAW

By: */s/ Michael W. Davis*
    Michael W. Davis

Attorney for Defendant
MORNING LAW GROUP, P.C.