Jeffrey M. Singletary, Bar No. 233528
jsingletary@swlaw.com
Andrew B. Still, Bar No. 312444
astill@swlaw.com
Justin F. Mello, Bar No. 329514
jmello@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:  714.427.7000
Facsimile:  714.427.7799

Attorneys for Plaintiff
Alteryx, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | Adv. Proc. No. 8:24-ap-01048-SC |
| ALTERYX, INC., a Delaware Corporation, | **STIPULATION REGARDING SETTLEMENT AND DISMISSAL OF ADVERSARY PROCEEDING** |
| Plaintiff, | |
| v. | [Fed. R. Civ. Proc. 41] |
| MORNING LAW GROUP, P.C., a California Professional Corporation; and DOES 1-10, inclusive | |
| Defendants. | |

This Stipulation Regarding Settlement and Dismissal of Adversary Proceeding (the "Stipulation") is entered into by and among plaintiff Alteryx, Inc. ("Alteryx"), on the one hand, and defendant Morning Law Group, P.C. ("MLG"), on the other hand (collectively, the "Parties"), through their respective counsel, and is based on the following:

4895-5165-4112

STIPULATION REGARDING
SETTLEMENT AND DISMISSAL OF
ADVERSARY PROCEEDING

1.    On or about March 11, 2024, Alteryx commenced the above-captioned action against MLG in the Superior Court of the State of California, County of Orange, Case No. 30-2024-01385115-CU-BC-CJC.

2.    On or about April 10, 2024, this action was removed to this Court and is now pending as Adversary Proceeding No. 8:24-ap-01048-SC.

3.    The Parties have agreed to settle this action, and have executed settlement documents in furtherance thereof.

**NOW, THEREFORE**, the Parties hereby agree and stipulate as follows:

1.    The above-captioned adversary proceeding shall be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

2.    Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: September 23, 2024        SNELL & WILMER L.L.P.

By: /s/ Andrew B. Still
    Jeffrey M. Singletary
    Andrew B. Still
    Justin F. Mello

Attorneys for Plaintiff
Alteryx, Inc.

Dated: September 19, 2024        DTO LAW

By: _____
    William A. Delgado
    Michael W. Davis
    Alison D. Kehner
    Marisol Ramirez

Attorneys for Defendant
Morning Law Group, P.C.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION REGARDING SETTLEMENT AND DISMISSAL OF ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 24, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    **Michael W Davis**   mdavis@dtolaw.com, ygodson@dtolaw.com
    **Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
    **Jeffrey M Singletary**   jsingletary@swlaw.com, rmckay@swlaw.com
    **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
    **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) XXX, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 24, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via FedEx:**

The Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District
411 West Fourth Street, Suite 5130, Crtrm 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 24, 2024 | Kimberly A. Collins | /s/ Kimberly A. Collins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **F 9013-3.1.PROOF.SERVICE**
4887-6874-4121