Jeffrey M. Singletary, Bar No. 233528
jsingletary@swlaw.com
Andrew B. Still, Bar No. 312444
astill@swlaw.com
Justin F. Mello, Bar No. 329514
jmello@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Plaintiff
Alteryx, Inc.

**FILED & ENTERED**

**NOV 01 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle       DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | Adv. Proc. No. 8:24-ap-01048-SC |
| ALTERYX, INC., a Delaware Corporation, | **ORDER DISMISSING ADVERSARY PROCEEDING** |
| Plaintiff, | |
| v. | |
| MORNING LAW GROUP, P.C., a California Professional Corporation; and DOES 1-10, inclusive | |
| Defendants. | |

4854-9582-7936

    The Court, having read and considered the Stipulation Regarding Settlement and Dismissal of Adversary Proceeding (the "Stipulation") between plaintiff Alteryx, Inc. and defendant Morning Law Group, P.C. filed on September 24, 2024 [Adv. Docket No. 29], and good cause appearing therefor,

**HEREBY ORDERS:**

1. The Stipulation is APPROVED.
2. The above-captioned adversary proceeding is DISMISSED with prejudice.
3. Each party shall bear its own costs and attorneys' fees.

###

Date: November 1, 2024

Scott C. Clarkson
United States Bankruptcy Judge

4854-9582-7936

- 2 -